UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                                                   :
IRWAN CHANDRA,                                                     :
                                                                   :
                              Plaintiff,                           :
                                                                   :              21-CV-7113 (JMF)
               -v-                                                 :
                                                                   :              ORDER
LYFT, INC.,                                                        :
                                                                   :
                              Defendant.                           :
                                                                   :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On August 24, 2021, the Court directed Plaintiff to file an amended complaint remedying certain pleading deficiencies in the original complaint with respect to diversity jurisdiction. *See* ECF No. 6.  On August 27, 2021, Plaintiff filed an Amended Complaint in which he properly alleges his citizenship. *See* ECF No. 7, ¶ 5.  Plaintiff, however, still fails to allege Defendant's principal place of business; instead, he merely alleges that Defendant is "a Delaware corporation *headquartered* in San Francisco, California" and "a citizen of California and Delaware." *See id.* ¶¶ 7-8 (emphasis added).  As the Court's prior Order noted, this does not suffice, as a corporation's principal place of business is "not necessarily" the same as its headquarters. *Nat'l Union Fire Ins. Co. of Pittsburgh v. BP Amoco P.L.C.*, No. 03-CV-200 (GEL), 2003 WL 1618534, at *2 (S.D.N.Y. Mar. 27, 2003) (Lynch, J.); *cf. OneWest Bank, N.A. v. Melina*, 827 F.3d 214, 218 (2d Cir. 2016) ("A corporation's principal place of business . . . should *normally* be the place where the corporation maintains its headquarters — *provided that* the headquarters is the actual center of direction, control, and coordination, *i.e.*, the 'nerve center.'" (emphasis added) (internal quotation marks omitted) (quoting *Hertz Corp. v. Friend*, 559 U.S. 77, 93 (2010))).

Accordingly, no later than **September 7, 2021,** Plaintiff shall file *another* amended complaint properly alleging Defendant's citizenship, including its principal place of business.

SO ORDERED.

Dated: August 30, 2021
       New York, New York                    _____
                                             JESSE M. FURMAN
                                             United States District Judge